| | | | |
|---|---|---|---|
| | AUSA: | Rosemary Gardey | Telephone: (313) 226-0285 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Kenneth Meier, D.E.A. | Telephone: (313) 234-4000 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Allen Walter EARL | Case No. | Case: 2:22−mj−30317<br>Assigned To : Unassigned<br>Assign. Date : 7/25/2022<br>Description: RE: ALLEN WALTER EARL (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 7, 2022__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute fentanyl and crack cocaine. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Kenneth Meier, D.E.A.
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 25, 2022

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Kenneth Meier, being sworn, depose and state the following:

## INTRODUCTION

1. This affidavit is in support of a criminal complaint charging Allen Walter EARL with possession with intent to distribute fentanyl and crack cocaine in violation of Title 21, United States Code, Section 841(a)(1).

2. I am a Special Agent (SA) with the Drug Enforcement Administration (DEA) and have been so employed since March 2017 and was previously employed as a law enforcement officer since 2005 in the State of Michigan, during which I was a Task Force Officer (TFO) for the DEA in Detroit from 2007 to 2011. I have participated in numerous investigations involving violations of federal and state narcotic and money laundering laws which have led to numerous drug and money seizures which have resulted in the arrest and conviction of individuals for violations of state and federal laws. I have attended schools, including graduating from the Oakland Police Academy in Auburn Hills, Michigan in 2005 and the DEA Academy in Quantico Virginia in 2017 and have been instructed in many aspects of narcotics investigations and am familiar with the narcotics laws promulgated under Title 21 of the United States Code.

3. I make this affidavit based on my participation in this investigation, as well as information received from other law enforcement

officials and/or their reports and records. The information outlined herein is provided for the limited purpose of establishing probable cause and does not contain all information known to law enforcement pertaining to this investigation. As set forth in more detail below, this investigation has shown that Allen Walter EARL was arrested on July 7, 2022 in the Eastern District of Michigan with fentanyl and crack cocaine in violation of Title 21, United States Code, Section 841(a)(1).

## PROBABLE CAUSE

4. On July 6, 2022, Magistrate Judge Mark Nelson of Michigan State District Court 14-B authorized a narcotics search warrant for a red Honda Civic bearing Michigan license plate EAZ8950 registered to Allen Walter EARL. On July 7, 2022, Michigan State Police (MSP) investigators observed EARL depart the Wyndham Hotel, located at 2900 Jackson Road in Ann Arbor, carrying a black bag, enter the Honda Civic, and drive away. At approximately 10:40 a.m., MSP Detective Trooper Andrew Tisch directed uniformed MSP Troopers to conduct a traffic stop on EARL as he drove away in the red Honda Civic bearing Michigan license plate EAZ8950. MSP Troopers traffic stopped EARL in Ann Arbor and detained him. Affiant conducted a National Law Enforcement Telecommunications System (NLETS) query on the red Honda Civic bearing Michigan license

plate EAZ8950 and observed the Honda Civic is registered to Allen Walter EARL at 253 S. 7th Street, Ann Arbor, Michigan.

5. MSP Investigators and Troopers executed the search warrant on the Honda Civic. During the search, they located a black bag in the rear of the vehicle which was found to contain a smaller black bag with gray lines. Inside of the smaller black bag, MSP Troopers/Investigators located suspected fentanyl (approximately 56.7 grams), suspected crack cocaine (approximately 20 grams), pills, a digital scale, and a large sum of U.S. currency—about $5,000. EARL also had about $4,300 in his wallet. Affiant recognized the amount of fentanyl and crack cocaine, in conjunction with the digital scale and the sum of U.S. currency, to be indicative of drug trafficking. Documents with EARL's name on them and prescriptions with EARL's name on them were also in the bag.

6. Following the traffic stop of EARL driving the red Honda Civic, Detective Trooper Tisch conducted a post Miranda Warning interview with EARL. EARL admitted to being the owner of the drugs found in his vehicle and gave estimated amounts of the drugs located to be less than an ounce of crack cocaine, less than an ounce of heroin/fentanyl, and 10-15 Xanax bars. Detective Trooper Tisch asked EARL if he uses narcotics and EARL stated he previously used powder cocaine but had been clean for approximately six

months. EARL admitted to selling narcotics for profit and stated he has roughly ten customers. Detective Trooper Tisch conducted field tests on the suspected fentanyl and crack cocaine using TruNarc which gave positive results for fentanyl and crack cocaine.

7. Affiant observed that EARL has previous felony drug convictions in Washtenaw County, Michigan and is currently on probation out of 22nd Circuit Court in Washtenaw County, Michigan from a drug charge.

## CONCLUSION

8. Based on the above, probable cause exists to show that Allen Walter EARL possessed with intent to distribute fentanyl and crack cocaine in violation of Title 21, United States Code, Section 841(a)(1).

*Kenneth Meier*
Kenneth Meier
Special Agent
Drug Enforcement Administration

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

July 25, 2022